EDITH A. PEARCE*
* ALSO MEMBER OF N.J. & D.C. BARS

REBECCA L. THOMAS*
* ALSO MEMBER OF N.J. BAR

WILLIAM J. RINGLAND, II*
* ALSO MEMBER OF N.J. BAR

MICHELLE C. BRUCK*
* ALSO MEMBER OF N.J. BAR

THE
**PEARCE LAW FIRM**, P.C.

1429 WALNUT STREET
14TH FLOOR
PHILADELPHIA, PA 19102

(215) 557-8686
FAX (215) 557-7226

NEW JERSEY OFFICE:

5 Split Rock Drive
Cherry Hill, NJ 08003

E-Mail: eapearce@ThePearceLawFirm.com

January 4, 2012

**VIA FAX, REGULAR MAIL AND EMAIL**
Robert S. Schwartz, Esquire
Steven D. Hurd, Esquire
Amanda Dealy Haverstick, Esquire
Proskauer Rose, LLP
Eleven Times Square, 19th Floor
New York, NY 10036

RE: **Jayne M. Long et al. v. PPL Electric Utilities Corporation et al.**
   **Civil Action No: 12-4961**

Dear Counsel:

Please be advised that Plaintiffs Jayne M. Long, Robert D. Worthington, Morris H. Gresh, III, and Peter J. Klingman hereby accept Defendants' Offer of Judgment in the above-captioned matter, dated January 3, 2013, which has been attached hereto and incorporated herein as Exhibit "A", and filed with record with the Honorable Court.

Thank you for your attention to this matter. Should you have any questions, please call.

Very truly yours,

William J. Ringland

WJR:me

Enclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAYNE M. LONG, et. al. | |
| Plaintiffs, | Civil Action No.: 12-4961 |
| vs. | JURY TRIAL DEMANDED |
| PPL ELECTRIC UTILITIES CORPORATION, et. al. | |
| Defendants. | |

### CERTIFICATE OF SERVICE

    I hereby certify that a true copy of Plaintiffs' January 4, 2012 Acceptance, of Defendants' January 3, 2012 Offer of Judgment, was served upon Defendants' counsel, as noted below, via fax, electronic, and regular mail, on January 4, 2013:


Robert S. Schwartz, Esquire
Steven D. Hurd, Esquire
Amanda Dealy Haverstick, Esquire
Proskauer Rose, LLP
Eleven Times Square, 19th Floor
New York, NY 10036


Dated: January 4, 2014                        S/William J. Ringland
                                                     William J. Ringland, Esquire
                                                     Attorney for Plaintiffs

EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAYNE M. LONG, ROBERT D. WORTHINGTON, MORRIS H. GRESH, III, and PETER J. KLINGMAN,<br><br>Plaintiffs,<br><br>v.<br><br>PPL ELECTRIC UTILITIES CORPORATION and PPL CORPORATION,<br><br>Defendants. | CIVIL ACTION<br><br>No. 12-4961 |

### DEFENDANTS' OFFER OF JUDGMENT
### PURSUANT TO F.R.C.P. RULE 68

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants hereby offer to allow judgment to be taken against them in the above-captioned action by Plaintiffs in the amount of Thirty-Five Thousand and One Dollars and No Cents ($35,001.00), in full satisfaction of all claims, inclusive of all costs and reasonable attorneys' fees available under all local, state and federal statutes, accrued as of this date by Plaintiffs Jayne M. Long, Robert D. Worthington, Morris H. Gresh, III, and Peter J. Klingman.

This offer of judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that Defendants are liable in this action, or that Plaintiffs have

suffered any damages. If this offer is not accepted in writing within fourteen (14) days after it is served, it shall be deemed withdrawn.

Dated: January 3, 2013

        PPL ELECTRIC UTILITIES CORPORAITON and PPL CORPORATION

        By their attorneys,

        PROSKAUER ROSE LLP

        By:_____s/ Robert S. Schwartz_____
        Steven D. Hurd (Pro Hac Vice)
        Eleven Times Square
        New York, New York 10036
        (212) 969-3000

        Amanda D. Haverstick (No. 85069)
        Robert S. Schwartz (Pro Hac Vice)
        PROSKAUER ROSE LLP
        One Newark Center
        Newark, New Jersey 07102
        (973) 274-3200
        shurd@proskauer.com
        ahaverstick@proskauer.com
        rschwartz@proskauer.com

To:    Edith A. Pearce, Esq.
        William J. Ringland, II, Esq.
        The Pearce Law Firm
        1429 Walnut Street, 14th Floor
        Philadelphia, Pennsylvania 19102
        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I herby certify that a true copy of the foregoing document was served upon attorneys for Plaintiffs, William J. Ringland, II, The Pearce Law Firm, 1429 Walnut Street, 14th Floor, Philadelphia, Pennsylvania 19102, wringland@thepearcelawfirm.com, via e-mail and regular mail, on January 3, 2013.

Dated: January 3, 2013

                                                                      s/ Robert S. Schwartz
                                                                        Robert S. Schwartz