IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAYNE M. LONG, ET AL

v.                                    NO. 12-4961

PPL ELECTRIC UTILITIES
CORPORATION, ET AL

JUDGMENT

FILED
JAN 8 2013
MICHAEL E. K...
By_____ Dep Clerk

BEFORE SAVAGE, J.

AND NOW, to wit, this 8TH day of January, 2013, in accordance with Defendants offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68,

It is ORDERED that judgment is entered in favor of plaintiff Jayne M. Long, Robert D. Worthington, Morris H. Gresh, III and Peter J. Klingman and against defendant PPL Electric Utilities Corp. and PPL Corporation in the amount of $35,001.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Sabol*
Richard Sabol, Deputy Clerk

judg